# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Salomon Reyes-Lopez, | ) | |
| | ) | Case No. 4:12-mj-042 |
| Defendant. | ) | |

On April 3, 2012, the court received a Waiver of Preliminary Hearing executed by defendant as well as by defense counsel.

The court finds that defendant, having had an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived his right to a preliminary hearing. Further, based upon defendant's waiver, the court finds that there is probable cause on the face of the complaint and supporting affidavit to believe that defendant may have committed the offense alleged in the complaint. Accordingly, the court **ORDERS** that defendant be bound over to the United States District Court to answer to the charges set forth in the complaint.

Dated this 4th day of April, 2012.

/s/ Charles S. Miller, Jr
Charles S. Miller, Jr.
United States Magistrate Judge